FILED
APR 0 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 07 - MJ- 3017 |
| ) | |
| GERARDO DOMINGUEZ-CHACON, ) | |
| MARIA DEL PILAR MARROQUIN, ) | |
| UNSUB #1 aka Roberto Carmona-Diaz, ) | |
| UNSUB #2 aka Martin Corral, ) | |
| UNSUB #3 aka Jose Cuevas, ) | |
| UNSUB #4 aka Ernesto Delagarza, ) | |
| UNSUB #5 aka Hermelinda Hernandez, ) | |
| UNSUB #6 aka Angel Ibarra, ) | |
| UNSUB #7 aka Ruby Jaira-Garcia, ) | |
| UNSUB #8 aka Roel Madrigal, ) | |
| UNSUB #9 aka Juan Mireless, ) | |
| UNSUB #10 aka Michelle Ramirez, ) | |
| UNSUB #11 aka Jose Ramos-Melendez, ) | |
| UNSUB #12 aka Garbriela Rios, ) | |
| UNSUB #13 aka Dora Alicia Rivera, ) | |
| UNSUB #14 aka Jose Manuel Rodriguez, ) | |
| UNSUB #15 aka Maria Luisa Ruiz, ) | |
| UNSUB #16 aka David Salinas, ) | |
| UNSUB #17 aka Eduardo Sanchez, ) | |
| UNSUB #18 aka Rudolph Sanchez, ) | |
| UNSUB #19 aka Gilbert Sandoval, ) | |
| UNSUB #20 aka Salvador Suno-Gama, ) | |
| UNSUB #21 aka Alicia Torrez, ) | |
| UNSUB #22 aka Michelle Vazquez, ) | |
| UNSUB #23 aka Abel Villarreal, ) | |
| UNSUB #24 aka Miguel Angel Zalazar, and ) | |
| UNSUB #25 aka Sonia Zavala, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO UNSEAL FILE

The United States of America by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory M. Gilmore, file this motion to unseal and in support thereof state:

1. On March 30, 2007, the Court issued a Complaint in this cause, upon the application of the United States. The United States requested that the file be sealed so that the corresponding warrants could be executed by agents. The Court granted the request and the file was sealed pending further order of Court.

2. On April 4, 2007, agents executed and attempted to execute the arrest warrants issued on March 30 and, therefore, those named in the Complaint became aware of the charges filed. Accordingly, there is no longer a reason for this file to remain sealed.

Therefore, based upon the foregoing, the United States respectfully requests that the Court unseal this file

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

 s/ Gregory M. Gilmore
Gregory M. Gilmore, Reg. No. 06217499
U.S. Attorney's Office
318 South 6th Street
Springfield, IL   62701
Telephone: 217/492-4450
greg.gilmore@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 - MJ- 3017 |
| | ) | |
| GERARDO DOMINGUEZ-CHACON, | ) | |
| MARIA DEL PILAR MARROQUIN, | ) | |
| UNSUB #1 aka Roberto Carmona-Diaz, | ) | |
| UNSUB #2 aka Martin Corral, | ) | |
| UNSUB #3 aka Jose Cuevas, | ) | |
| UNSUB #4 aka Ernesto Delagarza, | ) | |
| UNSUB #5 aka Hermelinda Hernandez, | ) | |
| UNSUB #6 aka Angel Ibarra, | ) | |
| UNSUB #7 aka Ruby Jaira-Garcia, | ) | |
| UNSUB #8 aka Roel Madrigal, | ) | |
| UNSUB #9 aka Juan Mireless, | ) | |
| UNSUB #10 aka Michelle Ramirez, | ) | |
| UNSUB #11 aka Jose Ramos-Melendez, | ) | |
| UNSUB #12 aka Garbriela Rios, | ) | |
| UNSUB #13 aka Dora Alicia Rivera, | ) | |
| UNSUB #14 aka Jose Manuel Rodriguez, | ) | |
| UNSUB #15 aka Maria Luisa Ruiz, | ) | |
| UNSUB #16 aka David Salinas, | ) | |
| UNSUB #17 aka Eduardo Sanchez, | ) | |
| UNSUB #18 aka Rudolph Sanchez, | ) | |
| UNSUB #19 aka Gilbert Sandoval, | ) | |
| UNSUB #20 aka Salvador Suno-Gama, | ) | |
| UNSUB #21 aka Alicia Torrez, | ) | |
| UNSUB #22 aka Michelle Vazquez, | ) | |
| UNSUB #23 aka Abel Villarreal, | ) | |
| UNSUB #24 aka Miguel Angel Zalazar, and | ) | |
| UNSUB #25 aka Sonia Zavala, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court upon motion of the Government to unseal the file.

For the reasons presented in the motion, the Court unseals the file.


_____                                    _____
JEANNE E. SCOTT                                                     Date
UNITED STATES DISTRICT COURT JUDGE