E-FILED
Friday, 02 November, 2007   04:52:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-M-3017 |
| ) | |
| UNSUB #1 et.al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO QUASH

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory M. Gilmore, respectfully submit this Motion to Quash the arrest warrants issued and pending against the below named defendants, and in support thereof state:

The following defendants were not arrested or located during the ICE operation in Beardstown in April, 2007. Since the defendants were only known as "unidentified subjects" and the names that they had been utilizing (but which were not their true names), the United States moves to quash these arrest warrants since it is unlikely that the true defendants will be found, and it is possible instead that if the warrants remain outstanding, unintended arrests of individuals not involved in this case could (unfairly) occur.

Therefore, the arrest warrants issued for the following individuals should be quashed:

1. Unsub #1, aka Roberto Carmona-Diaz;

2. Unsub #5, aka Hermelinda Hernandez;

3. Unsub #7, aka Ruby Jaira-Garcia;

4. Unsub #8, aka Roel Madrigal;

5. Unsub #11, aka Jose Ramos-Melendez;

6. Unsub #13, aka Dora Alicia Rivera;

7. Unsub #14, aka Jose Manuel Rodriguez;

8. Unsub #16, aka David Salinas;

9. Unsub #17, aka Eduardo Sanchez;

10. Unsub #18, aka Rudolph Sanchez;

11. Unsub #25, aka Sonia Zavala.

                Respectfully submitted,

                RODGER A. HEATON
                UNITED STATES ATTORNEY

                s/ Gregory M. Gilmore
                Gregory M. Gilmore, Reg. No. 06217499
                U.S. Attorney's Office
                318 South 6th Street
                Springfield, IL   62701
                Telephone: 217/492-4450
                greg.gilmore@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-M-3017 |
| ) | |
| UNSUB #1, et. al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This cause is before the Court on the Government's Motion To Quash.

For the reasons stated in the Government's Motion, the Court allows the Motion.

Accordingly, the Arrest Warrants pending in this cause against:

1. Unsub #1, aka Roberto Carmona-Diaz;

2. Unsub #5, aka Hermelinda Hernandez;

3. Unsub #7, aka Ruby Jaira-Garcia;

4. Unsub #8, aka Roel Madrigal;

5. Unsub #11, aka Jose Ramos-Melendez;

6. Unsub #13, aka Dora Alicia Rivera;

7. Unsub #14, aka Jose Manuel Rodriguez;

11. Unsub #25, aka Sonia Zavala.

are hereby dismissed without prejudice.

SO ORDERED:

_____          _____
BYRON G. CUDMORE                                DATE
UNITED STATES MAGISTRATE JUDGE