E-FILED
Monday, 05 November, 2007   11:41:08 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-M-3017 |
| | ) | |
| UNSUB #1, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This cause is before the Court on the Government's Motion To Quash.

For the reasons stated in the Government's Motion, the Court allows the Motion.

Accordingly, the Arrest Warrants pending in this cause against:

1. Unsub #1, aka Roberto Carmona-Diaz;

2. Unsub #5, aka Hermelinda Hernandez;

3. Unsub #7, aka Ruby Jaira-Garcia;

4. Unsub #8, aka Roel Madrigal;

5. Unsub #11, aka Jose Ramos-Melendez;

6. Unsub #13, aka Dora Alicia Rivera;

7. Unsub #14, aka Jose Manuel Rodriguez;

11. Unsub #25, aka Sonia Zavala.

are hereby dismissed without prejudice.

SO ORDERED:

s/ Byron G. Cudmore                                    11/5/2007
BYRON G. CUDMORE                                        DATE
UNITED STATES MAGISTRATE JUDGE